# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**NEAL JOWERS,**

    Petitioner,

v.                                                                 **CASE NO. 5:18cv53-MCR/MJF**

**WARDEN,**

    Respondent.

_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 28, 2019. ECF No. 16. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** for lack of jurisdiction.

3. The Clerk of Court is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 24th day of June 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**